**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shawn Thomas WINTERS,**
**Defendant–Appellant.**

No. 00–30349.
D.C. No. CR–00–00037–EFS.

United States Court of Appeals,
Ninth Circuit.

---

1. The Clerk is directed to file defendant's letter, received April 4, 2001.

Submitted Aug. 13, 2001.*

Decided Aug. 29, 2001.

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Shawn Thomas Winters appeals his 70 month sentence, following his conviction by jury trial for aiding and abetting, distribution of, and conspiracy to distribute, methamphetamine, in violation of 8 U.S C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Winters contends that the district court's finding as to the quantity of drugs for which he was responsible improperly increased the statutory maximum penalty to which Winters was exposed under *Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We review de novo the constitutionality of a sentence imposed under the Sentencing Guidelines, *United States v. Mezas de Jesus*, 217 F.3d 638, 642 (9th Cir.2000). Because Winters' actual sentence of 70 months imprisonment is well below the 20 year statutory maximum to which he was subject under the facts as found by the jury and represents the low end of the Sentencing Guidelines range, *Apprendi* does not affect his case, and any error is harmless beyond a reasonable doubt. *See*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

*United States v. Garcia–Guizar*, 234 F.3d 483, 488–89 (9th Cir.2000).

**AFFIRMED.**